United States District Court
District of Connecticut
FILED AT     BRIDGEPORT

1-31            20 14

Robin D. Tabora, Clerk

By  m . couette
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICK J. REID and LINDA S. REID, | Case No. |
| PlaintiffS, | |
| - against - | 3:14cv124 (JBA) |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Bank of America, N.A. ("BANA") hereby removes to this Court an action styled <u>Reid v. Bank of America, N.A.</u> with a Return Date of January 28, 2014, which action was commenced against BANA and is returnable to the Superior Court for the State of Connecticut, Judicial District of New London at New London bearing Docket Number KNL-CV-14-6019863-S (the "State Court Action").

In support of this removal, BANA avers:

### FEDERAL QUESTION JURISDICTION

1.      Pursuant to 28 U.S.C. § 1441, a civil action of which the District Courts have original jurisdiction may be removed to a United States District Court for the district in which a state court action is brought.

2.      This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

3.      As set forth in the Complaint, Plaintiffs bring claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 <i>et seq</i>., Compl. ¶¶ 13-19, and thus, they bring claims

under federal law.  Plaintiffs' other claim is so related to their FDCPA claim that they form part of the same case or controversy.

4.      Having pled claims arising under federal law, Plaintiffs' Complaint arises under the laws of the United States.

## TIMELINESS OF REMOVAL

5.      According to the Return of Service filed in the State Court Action, BANA was purportedly served with, and upon information and belief first received a copy of, the Summons and Complaint on January 8, 2014.

6.      The issues raised in the State Court Action have not been joined, and the date by which BANA is required to respond to the Summons and Complaint under the Connecticut Rules for the Superior Court has not expired.

7.      In accordance with 28 U.S.C. § 1446(a), all pleadings in this action are attached as Exhibit A.  These documents consist of the Summons, Complaint, and Return of Service and constitute all process and pleadings in the State Court Action to date.

8.      This Notice of Removal is effected timely pursuant to 28 U.S.C. § 1446(b).

9.      Pursuant to the foregoing, BANA files this Notice of Removal, thereby removing the pending State Court Action to the United States District Court for the District of Connecticut.

10.      Pursuant to 28 U.S.C. § 1446(d), a Notification of Removal will be filed in the Superior Court for the State of Connecticut, Judicial District of New London, together with a true and correct copy of this Notice of Removal.

WHEREFORE, BANA respectfully requests that this action be removed from the Superior Court for the State of Connecticut, Judicial District of New London at New London, to this Court,

that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings, as though this action had been originally instituted to this Court.

Dated: January 31, 2014

_____
Pierre-Yves Kolakowski (CT 13318)
ZEICHNER ELLMAN & KRAUSE LLP
35 Mason Street
Greenwich, CT 06830
Tel: (203) 622-0900; Fax (203) 862-9889
pkolakowski@zeklaw.com
Attorneys for Bank of America, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, a copy of the foregoing was served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Stanley Maxim Lucas
Lucas & Wickless, P.C.
116 Sachem Street
Norwich, CT  06360

Pierre-Yves Kolakowski (CT 13318)
ZEICHNER ELLMAN & KRAUSE LLP
35 Mason Street
Greenwich, CT 06830
Tel: (203) 622-0900; Fax (203) 862-9889
pkolakowski@zeklaw.com
Attorneys for Bank of America, N.A.

# EXHIBIT "A"

**SUMMONS - CIVIL**
JD-CV-1    Rev. 2-13
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

See page 2 for instructions

| | |
|---|---|
| ☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |
| ☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. | |
| ☒ "X" if claiming other relief in addition to or in lieu of money or damages. | |

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 70 Huntington Street, New London CT 06320 | ( 860 )449-5363 | January     28 , 2 014 |
| | | Month     Day     Year |

| ☒ Judicial District | G.A. | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* | Case type code *(See list on page 2)* |
|---|---|---|---|
| ☐ Housing Session | Number: | New London | Major: **M**     Minor: **90** |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Lucas and Wickless, PC 116 Sachem Street, Norwich, CT 06360 | 403533 |

| Telephone number *(with area code)* | Signature of Plaintiff *(if self-represented)* |
|---|---|
| ( 860 )  889-3353 | |

| Number of Plaintiffs:  2 | Number of Defendants:  1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name:   **Lind S. Reid** <br> Address: **102 Prospect Street, Norwich, CT 06360** | P-01 |
| Additional Plaintiff | Name:   **Patrick J. Reid** <br> Address: **102 Prospect Street, Norwich, CT 06350** | P-02 |
| First Defendant | Name:   **Bank of America, N.A  C/O Secretary** <br> Address: **Conn. Reginal Office, 30 State House Square, Hartford, 06103** | D-01 |
| Additional Defendant | Name: <br> Address: | D-02 |
| Additional Defendant | Name: <br> Address: | D-03 |
| Additional Defendant | Name: <br> Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left <br> **Stanley Maxim Lucas** | Date signed <br> 01/02/2014 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. <br> c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date <br> 1/2/2014 |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 | |
|---|---|
| Isabel V. Del Vecchio | |

| Signed *(Official taking recognizance; "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date <br> 1/2/2014 | Docket Number |
|---|---|---|---|

RETURN DATE: JANUARY 28, 2014   :   SUPERIOR COURT

PATRICK J. REID                  :   JD OF NEW LONDON
LINDA S. REID                    :   AT NEW LONDON

V.

BANK OF AMERICA, N.A.            :   JANUARY 2, 2014

## COMPLAINT

### COUNT I - FAIR DEBT COLLECTIONS ACT VIOLATION

1. The Plaintiffs, Patrick J. Reid and Linda S. Reid (hereinafter referred to as
   the "Plaintiffs") are consumers residing in the State of Connecticut at their
   principal residence located at 102 Prospect Street, Norwich, Connecticut
   06360.

2. The Defendant, Bank of America is a Delaware corporation with its
   principal place of business at Bank of America Corporate Center, 100 N.
   Tryon Street, Charlotte, North Carolina 28255. The Defendant has offices
   in New London County, Connecticut and does substantial business herein.

3. On or about March 19, 1999, the Plaintiffs allowed a mortgage deed to
   PHH Mortgage Services Corporation to be recorded against their present
   residence located at 102 Prospect Street, Norwich, Connecticut 06360
   (hereinafter the subject "Property", description attached hereto as Exhibit
   "A"), filed on the Norwich Land Records in Book 1425, at Page 153 (first
   and last pages attached hereto as Exhibit "B"). On June 9, 1999 the above
   referenced mortgage deed was transferred to State Street Bank and Trust

Company as Trustee, filed on the Norwich Land Records in Book 1586, at Page 26 (attached hereto as Exhibit "C"). The Mortgage then held by State Street Bank and Trust Company as Trustee was released on November 27, 2001, said Release filed on the Norwich Land Records in Book 1665, at Page 258 (said Release attached hereto as Exhibit "D").

4. On or about September 18, 2001, the Plaintiffs allowed a mortgage deed to Millennia Mortgage Corp. to be recorded against the subject Property, filed on the Norwich Land Record in Book 1607, at Page 24 (first and last pages attached hereto as Exhibit "E").

5. On or about September 17, 2007, the Plaintiffs allowed a mortgage deed to Citizens Bank to be recorded against the subject property, filed on the Norwich Land Records in Book 2434, at Page 58. This is the only mortgage outstanding and unreleased against the subject property. There are no other outstanding unreleased mortgages against the subject property (first, penultimate, and last pages attached hereto as Exhibit "F").

6. On or about July 11, 2011, the Plaintiffs filed a Voluntary Petition for a Chapter 7 Bankruptcy Case number 11-221112. (see Schedule "F" of the Bankruptcy Petition attached hereto as Exhibit "H").

7. The Defendant's alleged account was listed as an unsecured account in the Chapter 7 petition.

8. No actions were taken by the Defendant in the Bankruptcy proceeding.

9. On or about October 26, 2011 the Plaintiffs were granted a Discharge under Section 727 if Title 11, United States Code. (Discharge attached hereto as Exhibit "I").

10. On or about January 20, 2012, the alleged account, referred to in Paragraph 4 of this Complaint was assigned to the Defendant through Corporate Assignment of Mortgage filed on the Norwich Land Records in Book 2714, at Page 261 (attached hereto as Exhibit "J").

11. On or about January 26, 2012 the Defendant filed a Release of that mortgage on the Norwich Land Records in Vol. 2714, at Page 262 (attached hereto as Exhibit "K").

12. On or about January 26, 2012, ReconTrust Company, N.A. sent notice to the Plaintiffs that the alleged account as referred to in Paragraph 4, had been paid-in-full and thus released (letter attached hereto as Exhibit "L").

13. The Defendant violated Fair Debt Collection Practice Act (hereinafter referred to as "FDCPA"), 15 U.S.C. §1692et seq., in its attempt to collect a discharged debt from Plaintiffs.

14. The Defendant was notified many times and was aware that Plaintiffs were represented by legal counsel. Defendant and/or its representatives violated 15 U.S.C. §1692(a)(2) by contacting the Plaintiffs directly repeatedly in an attempt to collect a discharged debt.

15. The Plaintiffs by and through their legal counsel sent repeated requests to the Defendant and its representatives demanding it to cease and desist all communications with the Plaintiffs regarding this alleged account which requests were not heeded.

16. The Plaintiffs by and through legal counsel sent repeated notices to the Defendant that the Plaintiffs would not make any payments on the alleged account. The Plaintiffs made it clear that the account was in dispute and asked the Defendant and its representatives to send any proof of the validity of the alleged account.  The Defendant neglected and/or refuse to clearly show how and why it might be able to claim such an alleged account.

17. The numerous calls, letters, and physical contact by the Defendant to the Plaintiffs caused the Plaintiffs extreme embarrassment, fear, shame, and loss of reputation.

18. The Defendant was notified and aware that Plaintiffs were represented by legal counsel. Defendant violated 15 U.S.C. §1692(c) by contacting the Plaintiffs directly on multiple occasions after the Defendant was sent notice that the Plaintiffs disputed the alleged account and would therefore not make any payments thereon.

19. The Defendant is liable to the Plaintiffs for damages pursuant to the FDCPA, §1692k.

## COUNT II – UNFAIR TRADE PRACTICES

1. Plaintiffs herein incorporates paragraphs 1-19 of Count I.

20. Defendant's tactics in its attempt to collect the alleged account were unfair and deceptive acts and practices that caused Plaintiffs to sustain an ascertainable loss in violation of Conn.Gen.Stat §42-110a et seq., the Connecticut Unfair Trade Practices Act (hereinafter referred to as "CUTPA").

21. Defendant's actions were willful and undertaken with a disregard for the rights of consumers, especially the Plaintiffs, and it is therefore liable, in the discretion of the Court, for punitive damages.

22. The Defendant is also liable, in discretion of the Court, for the costs of this action and reasonable attorney's fees.

THE PLAINTIFFS

By

Stanley Maxim Lucas
Their Attorneys
Lucas & Wickless, P.C.
116 SACHEM STREET
NORWICH, CT 06360
JURIS NO. 403533

RETURN DATE: JANUARY 28, 2014   :   SUPERIOR COURT

PATRICK J. REID                        :   JD OF NEW LONDON
LINDA S. REID                          :   AT NEW LONDON

V.  .

BANK OF AMERICA, N.A.                   :   JANUARY 2, 2014

## CLAIM FOR RELIEF

**WHEREFORE**, the Plaintiffs claim,

    1. Damages in an amount greater than $2,500.00;

    2. Statutory damages  pursuant to 15 U.S.C. §1692K;

    3. Attorney's fees pursuant to U.S.C. §1692K;

    4. Costs pursuant to U.S.C. §1692K;

    5. Actual damages, punitive damages and attorney's fees and costs

       pursuant to Conn.Gen.Stat. §42-110;

    6. A Court Order that the Defendant cease and desist any further contact

       whatsoever with the Plaintiffs in regard to this alleged account; and

    7. Such other relief as may apply at law or at equity.

THE PLAINTIFFS

By

    Stanley Maxim Lucas
    Their Attorneys
    Lucas & Wickless, P.C.
    116 SACHEM STREET
    NORWICH, CT 06360
    JURIS NO. 403533

| | | |
|---|---|---|
| RETURN DATE: JANUARY 28, 2014 | : | SUPERIOR COURT |
| PATRICK J. REID | : | JD OF NEW LONDON |
| LINDA S. REID | : | AT NEW LONDON |
| V. | | |
| BANK OF AMERICA, N.A. | : | JANUARY 2, 2014 |

### STATEMENT OF AMOUNT IN DEMAND

The Plaintiffs' claim fair, just and reasonable money damages greater than

Fifteen Thousand ($15,000.00) Dollars exclusive of interests and costs.

THE PLAINTIFFS

By

Stanley Maxim Lucas
Their Attorneys
Lucas & Wickless, P.C.
116 SACHEM STREET
NORWICH, CT 06360
JURIS NO. 403533

OR BK 01586 PG 0027

EXHIBIT "A"

Legal Description



A certain tract or parcel of land, with the buildings thereon, situated on the northwesterly side of Prospect Street in the City of Norwich, known as No. 102 Prospect Street and bounded on the northeast by land of John L. and Minnie Szerlong; on the southeast 83. 9 feet by the northwesterly line of Prospect Street; on the southwest by land of Francis A and Jane T. Bielecki and land of William F. Kenney and others, and on the northwest by said Kenney land.

600261433
52379-3967

EXHIBIT "B"    VOL1425 PAGE153



————————————— [Space Above This Line For Recording Data] —————————————

**LOAN NUMBER:** 2336097
199
400119995

**ORIGINAL**

# OPEN-END MORTGAGE

THIS MORTGAGE ("Security Instrument") is given on MARCH 19TH, 1999. The mortgagor is PATRICK J REID , LINDA S REID        ("Borrower").  This Security Instrument is given to PHH MORTGAGE SERVICES CORPORATION, which is organized and existing under the laws of NEW JERSEY, and whose address is 6000 ATRIUM WAY MT. LAUREL NEW JERSEY 08054 ("Lender").   Borrower owes Lender the principal sum of SEVENTY THOUSAND AND 00/100 Dollars (U.S. $70,000.00). This debt is evidenced by Borrower's Note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on APRIL 01ST 2029. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note.  For this purpose, Borrower in consideration of this debt does hereby grant and convey to Lender and Lender's successors and assigns the following described property located in NEW LONDON County, Connecticut:

BEING MORE PARTICULARLY DESCRIBED ACCORDING TO A LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

BEING COMMONLY KNOWN AS 102 PROSPECT STREET

BEING THE SAME PREMISES CONVEYED TO THE MORTGAGORS HEREIN BY DEED BEING RECORDED SIMULTANEOUSLY HEREWITH; THIS BEING A PURCHASE MONEY MORTGAGE GIVEN TO SECURE THE PURCHASE PRICE OF THE ABOVE DESCRIBED PREMISES.


PREPARED BY: DANIELLE FREEMAN

which has the address of 102 PROSPECT STREET, NORWICH, Connecticut 06360 ("Property Address");

TO HAVE AND TO HOLD this property unto Lender and Lender's successor and assigns, forever, together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

**CONNECTICUT** - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                         Form 3007 9/90   (page 1 of 5 pages)
3031 Rev. 1/93 (ECTO)

VOL **425** PAGE **58**

**ORIGINAL**

22.   **Release.**  Upon payment and discharge of all sums secured by this Security Instrument, this Security Instrument shall become null and void and Lender shall release this Security Instrument without charge to Borrower.  Borrower shall pay any recordation costs.

23.   **Waivers.**  Borrower waives all rights of homestead exemption in, and statutory redemption of, the Property and all rights of appraisement of the Property and relinquishes all rights of curtesy and dower in the Property.

24.   **Riders to this Security Instrument.**  If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument.  [Check applicable box(es)]

| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ 1-4 Family Rider |
| ☐ Graduated Payment Rider | ☐ Planned Unit Development Rider | ☐ Biweekly Payment Rider |
| ☐ Balloon Rider | ☐ Rate Improvement Rider | ☐ Second Home Rider |
| ☒ Other(s) [specify] | Legal Description | |

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

_____   (Seal)
PATRICK J REID                                        -Borrower

_____   (Seal)
LINDA S REID                                           -Borrower

_____   (Seal)
                                                               -Borrower

_____   (Seal)
                                                               -Borrower

_____ [Space Below This Line For Acknowledgement] _____

STATE OF CONNECTICUT, NEW LONDON County ss:      New London

The foregoing instrument was acknowledged before me this MARCH 19TH, 1999 by PATRICK J REID AND LINDA S REID    .

(Official Seal)

Commissioner of the Superior Court
Notary Public

My Commission expires:

RECEIVED FOR RECORD AT NORWICH, CONN.
ON 3-19-99 AT 2:32 P.M.
Attest Beverly C. Muldoon, Town Clerk

EXHIBIT C

INSTR # 2001004826
OR BK 01586 PG 0026
RECORDED 08/24/2001  12:14:40 PM
BEVERLY MULDOON TOWN CLERK
NORWICH, CT.

When Recorded Return To:
Nationwide Mortgage Services, Inc.
950 Herndon Parkway, Suite 200
Herndon, VA 20170

ASSIGNMENT OF DEED
OF TRUST OR MORTGAGE

PNC 00-69
600261433
52379-3967

LOAN #: 2336097
NAME  : REID
STATE OF : CT
COUNTY OF: NEW LONDON

KNOW ALL MEN BY THESE PRESENTS, THAT CENDANT MORTGAGE  CORPORATION D/B/A  PHH  MORTGAGE  SERVICES
CORPORATION 6000 ATRIUM WAY MT.LAUREL N.J., A CORPORATION EXISTING UNDER THE LAWS OF THE STATE OF NEW JERSEY,
FOR VALUABLE  CONSIDERATION, THE RECEIPT OF  WHICH HEREBY ACKNOWLEDGED, DOES HEREBY GRANT, BARGAIN, SELL,
ASSIGN AND TRANSFER TO:

State Street Bank and Trust Company as custodian/trustee
.. 5 Franklin Street, Boston MA 02110

THAT CERTAIN PROMISSORY NOTE AND DEED OF TRUST OR MORTGAGE DESCRIBED AS FOLLOWS:
NOTE AND DEED OF TRUST OR MORTGAGE DATED: 99/03/19
AMOUNT:   $70,000.00        EXECUTED BY: PATRICK J      REID
                                         LINDA S       REID

CLERKS FILE OR INSTRUMENT NO: 2:32PM          RECORDED DATE: 990319
BOOK:                        VOLUME: 1425      PAGE: 153
ADDRESS: 102     PROSPECT STREET      NORWICH          NEW LONDON    CT 06360
DESCRIBING LAND THEREIN AS DESCRIBED IN  DEED OF TRUST/MORTGAGE REFERRED TO HEREIN.

* D/B/A PHH MORTGAGE SERVICES CORPORATION

TOGETHER WITH THE NOTE THEREIN OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST AND ALL
RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST OR MORTGAGE.   * CENDANT MORTGAGE CORPORATION
DATED: 06/09/9                                                       6000 ATRIUM WAY
WITNESSED BY :                                                       MT LAUREL, NJ 08054
              KATHY RAINEY
                                                                    BY
                                                                       JENNIFER FRITZ
PREPARED BY :                                                          ASSISTANT VICE PRESIDENT
              JOANN BECKER
              6000 ATRIUM WAY                                        BY
              MT LAUREL, NJ 08054                                       LINDA HUBBARD
                                                                       ASSISTANT SECRETARY

STATE OF NEW JERSEY, COUNTY OF BURLINGTON
ON 06/09/99 , BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE AND COUNTY, PERSONALLY APPEARED
JENNIFER FRITZ        AND LINDA HUBBARD        PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF
SATISFACTORY EVIDENCE TO BE ASST VICE PRES.AND ASSISTANT SECRETARY OF THE CORPORATION THAT EXECUTED THE WITHIN
INSTRUMENT, ON BEHALF OF THE CORPORATION THEREIN NAMED, AND ACKNOWLEDGED TO ME THAT SUCH CORPORATION EXECUTED
THE WITHIN INSTRUMENT PURSUANT TO ITS BY-LAWS OR RESOLUTION OF ITS BOARD OF DIRECTORS.  WITNESS MY HAND AND
AND OFFICIAL SEAL IN THE STATE AND COUNTY LAST AFORESAID.

NOTARY PUBLIC

RAPHAEL O. TYSON
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 03/02/2004

EXHIBIT D

*THIS Release #1*

Recording Requested By:
*T.D. SERVICE COMPANY*

And When Recorded Mail To:
T.D. Service Company
1820 E. First St., Suite 300
Santa Ana, CA 92705
PREPARED BY AND RETURN TO:
KAY COX
TRANSCONTINENTAL TITLE CO
2605 ENTERPRISE RD. E. STE #300
CLEARWATER, FL 33759
800-789-2240
Loan#: 0002336097      RLS#: 1127692

INSTR # 2002004018
OR BK 01665 PG 0258
RECORDED 05/28/2002 01:00:23 PM
DEE ANNE BRENNAN TOWN CLERK
NORWICH, CT.

D1025+
PARCEL# 30-7-9

*Space above for Recorder's use*

# RELEASE OF MORTGAGE / DEED OF TRUST

KNOW ALL MEN BY THESE PRESENTS:  That the undersigned for and in consideration
of the payment of indebtedness secured and the cancellation of all the notes
thereby secured and the sum of one dollar, the receipt whereof is hereby
acknowledged, does hereby remise, release, satisfy, convey and quit claim unto:
PATRICK J REID AND LINDA S REID, heirs, legal representatives, successors and/or
assignees, and assigns all right, title, interest, claim, or demand whatsoever
it may have acquired in, through or by a certain Mortgage/Deed of Trust bearing
the date MARCH 19, 1999, and filed for the record in the Land Records of the
township of NORWICH in NEW LONDON county, state of CONNECTICUT, as Instrument
No.  ---, in Book No. 1425, at Page No. 153 on MARCH 19, 1999.

IN TESTIMONY WHEREOF, the said, STATE STREET BANK AND TRUST COMPANY AS TRUSTEE,
has caused these presents to be signed by its .
Dated: NOVEMBER 12, 2001.

STATE STREET BANK AND TRUST COMPANY AS TRUSTEE

By: _____
(Name, Title).   Paul T. Bavis
                 Vice President

WITNESS:

_____                _____
(Name):  Sue Chen                          (Name):  GREGORY A. PIERCE

State of   Massachusetts      }
County of  SUFFOLK            } ss.

On NOVEMBER 27, 2001 , before me,  Douglas J. Slocum ,
personally appeared   Paul T. Bavis ,  VICE PRESIDENT
personally known to me (or proved to me on the basis of satisfactory evidence)
to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies) and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

Witness my hand and official seal.

_____
(Notary Name):

Notary Seal
Douglas J. Slocum
Notary Public-Massachusetts, USA
My Commission Expires March 15, 2007

WHEN RECORDED MAIL TO
PREPARED BY AND RETURN TO:
KAY COX
TRANSCONTINENTAL TITLE CO
2605 ENTERPRISE RD. E. STE #300
CLEARWATER, FL 33759
1-800-789-2240

```
INSTR # 2001006524
OR BK 01607 PG 0024
RECORDED 11/06/2001  12:15:04 PM
BEVERLY MULDOON TOWN CLERK
NORWICH, CT.
```

LOAN NO.:   DSp5588852

D-10251
T-2 5515

——— [SPACE ABOVE RESERVED FOR RECORDER] ———

## MORTGAGE

THIS MORTGAGE is made this 18TH day of        SEPTEMBER        ,  2001 , between the Mortgagor,
PATRICK J. REID AND LINDA S. REID

tax # 30-7-9

(herein "Borrower"), and the Mortgagee,

MILLENNIA MORTGAGE CORP., A CALIFORNIA CORPORATION
a corporation organized and existing under the laws of      CALIFORNIA                       , whose address is
23046 AVENIDA DE LA CARLOTA SUITE 100, LAGUNA HILLS, CALIFORNIA 92653

(herein "Lender").

BORROWER, in consideration of the indebtedness herein recited, grants and conveys to Lender and Lender's
successors and assigns the following described property located in the county of
NEW LONDON                                        , State of Connecticut:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

which has the address of
102 Prospect Street, Norwich,

                                    [Street]                                                    [City]

Connecticut     06360        (herein "Property Address");
          [Zip Code]

TO HAVE AND TO HOLD such property unto Lender and Lender's successors and assigns, forever, together with all
the improvements now or hereafter erected on the property, and all easements, rights, appurtenances and rents, all of which
shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with
said property (or the leasehold estate if this Mortgage is on a leasehold) are hereinafter referred to as the "Property."

TO SECURE to Lender on condition of the repayment of the indebtedness evidenced by Borrower's note dated
        SEPTEMBER 18, 2001              and extensions and renewals thereof (herein "Note"), in the principal sum of
U.S. $      20,800.00        , with interest thereon, providing for monthly installments of principal and interest
with the balance of the indebtedness, if not sooner paid, due and payable on     OCTOBER    01, 2016        ;
the payment of all other sums with interest thereon, advance in accordance herewith to protect the security of this
Mortgage; and the performance of the covenants and agreements of Borrower herein contained.

Initials

CONNECTICUT-SECOND MORTGAGE 1/80-FNMA/FHLMC UNIFORM INSTRUMENT

Form 3807

DOCPREP SERVICES, INC. DEEDCT2 0979                     Page 1 of 5
                                                        ORIGINAL

**19. Assignment of Rents; Appointment of Receiver; Lender in Possession.** As additional security hereunder, Borrower hereby assigns to Lender the rents of the Property, provided that Borrower shall, prior to acceleration under paragraph 17 hereof or abandonment of the Property, have the right to collect and retain such rents as they become due and payable.

Upon acceleration under paragraph 17 hereof or abandonment of the Property, Lender, in person, by agent or by judicially appointed receiver shall be entitled to enter upon, take possession of and manage the Property and to collect the rents of the Property including those past due. All rents collected by Lender or the receiver shall be applied first to payment of the costs of management of the Property and collection of rents, including, but not limited to, receiver's fees, premiums on receiver's bonds and reasonable attorneys' fees, and then to the sums secured by this Mortgage. Lender and the receiver shall be liable to account only for those rents actually received.

**20. Release.** Upon payment of all sums secured by this Mortgage, this Mortgage shall become null and void and Lender shall release this Mortgage without charge to Borrower. Borrower shall pay all costs of recordation, if any.

### REQUEST FOR NOTICE OF DEFAULT
### AND FORECLOSURE UNDER SUPERIOR
### MORTGAGES OR DEEDS OF TRUST

Borrower and Lender request the holder of any mortgage, deed of trust or other encumbrance with a lien which has priority over this Mortgage to give Notice to Lender, at Lender's address set forth on page one of this Mortgage, of any default under the superior encumbrance and of any sale or other foreclosure action.

IN WITNESS WHEREOF, Borrower has executed this Mortgage.

Signed, sealed and delivered in the presence of:

Janice Alexander

_____ (Seal)
PATRICK J. REID -Borrower

_____ (Seal)
LINDA S. REID -Borrower

_____ (Seal)
-Borrower

LOAN NO.: DSp5588852

_____ (Seal)
-Borrower

*(Sign Original Only)*

**STATE OF CONNECTICUT,**

The foregoing instrument was acknowledged before me this

by PATRICK J. REID AND LINDA S. REID

County ss: NEW LONDON

SEPTEMBER 21, 2001
(date)

(person acknowledging)

My Commission Expires: 3/31/06

(Official Seal)

Commissioner of the Superior Court
Notary Public

CONNECTICUT SECOND MORTGAGE-1/80-FNMA/FHLMC UNIFORM INSTRUMENT

DOCPREP SERVICES, INC. DRDOCT2 0979

Page 5 of 5
ORIGINAL

Form 3807



2434/58

 **Citizens Bank**

INSTR # 2007007217
OR BK 02434 PG 0058
RECORDED 10/23/2007   01:53:20 PM
DEE ANNE BRENNAN TOWN CLERK
NORWICH CL.

## OPEN-END MORTGAGE

The words "you" and "your" or "Lender" refer to
RBS Citizens, N.A.
a national banking organization formed under federal law,
1 Citizens Plaza, Providence, RI 02903
or to any person to whom this mortgage is assigned. The words "I", "me", and "my" refer to each person who signs
this mortgage.

In consideration of your making the loan described below, I give, grant, bargain, sell and confirm with mortgage
covenants to you and your successors and assigns the following described property located in the County of
**NEW LONDON**        , and State of Connecticut.

### "See attached legal description hereto and made a part hereof."

Together with the appurtenances thereof and all the improvements now or hereafter erected on such property
and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto,
are declared and agreed by me to be and remain a part of the property covered by this mortgage. All the foregoing
are referred to in this mortgage as the "Property".

TO HAVE AND TO HOLD such Property unto you and your successors and assigns, forever. I also covenant
with you and your successors and assigns that, at and until the execution and delivery of this mortgage, I am the
owner of the Property in fee simple; and have good right to bargain and sell the same, in the manner and form
evidenced by this mortgage; and that the Property is free from all encumbrances whatsoever, except those listed
above.

Moreover, I do hereby bind myself to warrant and defend the Property to you and your successors and assigns
against all claims and demand whatsoever, except those listed above.

Pursuant to Connecticut General Statutes §42a-0-409, this Mortgage shall also constitute a fixture filing upon
recordation hereof on the Land Records of the town/city where the Property is located.

THE PURPOSE OF THIS MORTGAGE IS to secure a loan to

**PATRICK J REID**

**LINDA S REID**

from you in the amount of _100,800.00_____ Dollars and evidenced by a Promissory Note dated, _09/17/2007_____
(herein "Note") with principal and interest payable as set forth in the Note, with the entire balance of the loan, if not
sooner paid, due and payable on _09/21/2017____, (if the Note provides for a variable rate of interest, then a copy of
the Note is recorded with this mortgage and is hereby made a part of this mortgage.)

I also agree to the following:

**1. Charges; Liens.** All taxes, assessments, fines, impositions, and other charges against the Property which
have or may attain priority over this mortgage, shall be promptly paid by me. I agree to furnish to you all notices of
amounts due under this paragraph together with all receipts evidencing such payments. I agree to promptly
discharge any lien other than those listed above which has or may attain priority over this mortgage.

**2. Hazard Insurance and Condemnation.** The Property shall be insured against loss by fire, hazard
(including floods) included within the term "extended coverage", and such other hazards (including floods) as you
may require and in such amounts, for such periods, and on such terms (including designation of mortgagee) as you
may require. Until all sums secured by this mortgage are paid in full, I will not claim any cancellation or return of any
fire or other hazard insurance policy or premium therefore covering the Property.

The proceeds of such hazard insurance (including any rebate of unaccrued premiums) and any award or claim
for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part
thereof, or for conveyance in lieu of condemnation, are hereby assigned and shall be paid to you.

Any application of hazard insurance proceeds or condemnation award or claim to the loan shall not extend or
postpone the due date of any payment or, if the Note provides for principal and interest to be paid in monthly or other
periodic installments, change the amount of any such installments.

**3. Preservation and Maintenance of Property; Condominiums; Planned Unit Developments.** The
Property shall be maintained in good repair and waste, impairment or deterioration of the Property shall not be
permitted. If this mortgage is on a unit in a condominium or a planned unit development, I agree to perform all of my
obligations under the declaration or covenants creating or governing the condominium or planned unit development,
the by-laws and regulations of the condominium or planned unit development, and constituent documents.

**4. Protection of Lender's Security.** If any of the covenants and agreements contained in this mortgage is
not performed, or if an action or proceeding is commenced which materially affects your interest in the Property,
including, but not limited to, eminent domain, insolvency, code enforcement, or arrangements or proceedings
involving a bankrupt or decedent, then you at your option, without notice to me, may make such appearances,
disburse such sums and take such action as you deem necessary to protect your interest, including, but not limited
to, disbursement of reasonable attorneys' fees and entry upon the Property to make repairs.

   

## MORTGAGE

In Witness Whereof,  I have executed this mortgage dated __08/17/2007__ .

_____
PATRICK J REID

_____
LINDA S REID

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed, sealed and delivered in the presence of:

_____
WITNESS AS TO ALL

_____
PRINT NAME OF WITNESS

_____
WITNESS AS TO ALL

_____
PRINT NAME OF WITNESS

Page 3

Book2434/Page60

## INDIVIDUAL ACKNOWLEDGMENT

STATE OR COMMONWEALTH OF _CT_ }
                                }SS:
COUNTY OF _NewLondon_ }

On the _17th_ day of _September, 2007_, before me appeared

**PATRICK J REID**

to me personally known to be the person(s) whose name(s) is/are subscribed to this instrument, and such person(s) acknowledged that he/she/they (i) executed the same for the purposes therein contained, and (ii) executed this instrument as their free act and deed.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

(Official Seal)

Notary Public
Print Name:
My Commission Expires:
*Notary Public*
*My Commission Expires Sept. 30, 2011*

## INDIVIDUAL ACKNOWLEDGMENT

STATE OR COMMONWEALTH OF _CT_ }
                                }SS:
COUNTY OF _NewLondon_ }

On the _17th_ day of _September, 2007_, before me appeared

**LINDA S REID**

to me personally known to be the person(s) whose name(s) is/are subscribed to this instrument, and such person(s) acknowledged that he/she/they (i) executed the same for the purposes therein contained, and (ii) executed this instrument as their free act and deed.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

(Official Seal)

Notary Public
Print Name: Eric Romanski
My Commission:
*Notary Public*
*My Commission Expires Sept. 30, 2011*

Attention _Registry of Deeds/Town or City Clerk_:

Mail to:    **Citizens Bank**
            Consumer Finance Operations – RJW215
            1 Citizens Drive
            Riverside, RI 02915

TAK REV 12/05

Book2434/Page61

B6F (Official Form 6F) (12/07)

IN RE Reid, Patrick John & Reid, Linda Sue    EXHIBIT H    Case No. _____
                         Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 008777422<br><br>**Bank Of America**<br>**PO Box 17054**<br>**Wilmington, DE 19850-7054** | | J | **Unsecured Personal Note** | | | | **67,873.94** |
| ACCOUNT NO. 5490-9977-2902-4383<br><br>**Bank Of America**<br>**PO Box 15019**<br>**Wilmington, DE 19886-5019** | | J | **2003 - Credit Card** | | | | **15,190.00** |
| ACCOUNT NO. 068453933<br><br>**Capital Management Service, LP**<br>**726 Exchange St Suite 700**<br>**Buffalo, NY 14210** | | J | **2011- Collections for Discover Products Inc acct ending in 6448** | | | | **0.00** |
| ACCOUNT NO. 5291-0714-1165-5291<br><br>**Capital One Bank**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | | J | **2003 - Credit Card** | | | | **2,144.00** |

___2___ continuation sheets attached

                                         Subtotal
(Total of this page)   $ **85,207.94**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B18 (Official Form 18) (12/07)

EXHIBIT 1

# United States Bankruptcy Court

## District of Connecticut

Case No. <u>11–22112</u>

Chapter 7

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Patrick John Reid
aka Patrick J Reid
102 Prospect St
Norwich, CT 06360

Linda Sue Reid
aka Linda S Reid
102 Prospect St
Norwich, CT 06360

Social Security / Individual Taxpayer ID No.:
xxx–xx–2769

xxx–xx–4972

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


BY THE COURT

Dated: <u>10/26/11</u>

<u>Albert S. Dabrowski</u>
United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

EXHIBIT "J"

INSTR # 2012000619
OR BK 2714 PG 261
RECORDED 02/01/2012  04:08:53 PM
BETSY M. BARRETT
TOWN CLERK
NORWICH, CT.

Recording requested by:
MILLENNIA MORTGAGE CORP.

When recorded mail to:
BANK OF AMERICA
DOCUMENT PROCESSING
TX2-979-01-19
4500 AMON CARTER BLVD
FORT WORTH, TX 76155
Attn: ASSIGNMENT UNIT

CORPORATION ASSIGNMENT OF MORTGAGE
Doc. ID# 57400879608494396
Commitment# 9014997

For value received, the undersigned, MILLENNIA MORTGAGE CORP., 9891 IRVINE
CENTER DR STE.200 IRVINE,CA 92618, hereby grants, assigns and transfers to:
BANK OF AMERICA, N.A.
1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063

All its interest under that certain Mortgage dated  9/18/01, executed by:
PATRICK J. REID and LINDA S. REID, Mortgagor as per MORTGAGE recorded as
Instrument No. 2001006524 on 11/06/01 in Book 1607 Page 24 of official
records in the County Recorder's Office of NEW LONDON County, CONNECTICUT.
    Tax Parcel =
Original Mortgage $20,800.00
102 PROSPECT STREET, NORWICH, CT 06360

Together with the Note or Notes therein described or referred to, the money
due and to become due thereon with interest, and all rights accrued or to
accrue under said Mortgage.

Dated: 01/20/2012          MILLENNIA MORTGAGE CORP.

                     By
                           KURT HEINL, ASSISTANT VICE PRESIDENT .

Witness:
          JOANN MOTE

State of CALIFORNIA
County of VENTURA

On 01-20-2012 before me, JEANETTE R. ATLAS , Notary Public, personally
appeared KURT HEINL, who proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her their
authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA
that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature:
            JEANETTE R. ATLAS

JEANETTE R. ATLAS
Commission # 1927757
Notary Public - California
Los Angeles County
My Comm. Expires Mar 5, 2015

Prepared by: TRACI GIFFORD
1800 TAPO CANYON ROAD MAIL CODE: CA6-914-01-43
SIMI VALLEY, CA 93063
Phone#: (213) 345-1170

EXHIBIT "K"

INSTR # 2012000620
OR BK 2714 PG 262
RECORDED 02/01/2012 \04:08:53 PM
BETSY M. BARRETT
TOWN CLERK
NORWICH, CT.

Mail Recorded Satisfaction To:
PATRICK J. REID, LINDA S. REID
102 PROSPECT ST
NORWICH, CT 06360



UID: 92814b3a-18c9-49cc-919d-570acf46f284

DOCID_00087960842005N

### RELEASE OF MORTGAGE

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE, THAT Bank of America, N.A. does hereby release and discharge a certain Mortgage from:

PATRICK J. REID, LINDA S. REID

to MILLENNIA MORTGAGE CORP., A CALIFORNIA CORPORATION
dated 09/18/2001 and recorded in the LAND Records of the town of NORWICH CITY CLERK, County of NEW
LONDON and State of Connecticut in Vol. 01607, at Page 0024.

IN WITNESS WHEREOF, Bank of America, N.A. has hereunto set their hands this 26 day of January,
2012.

Signed and Delivered in the presence of:

Christy Smith-Witness

Bank of America, N.A.

Ana Bonds Witness

Sandra J. Lopez, Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA

) SS.

DATED 01/26/2012

On __1/30/12__, before me, Sandra P. Sumoba, Notary Public, personally appeared Sandra J. Lopez, Assistant
Secretary of Bank of America, N.A., whose identity was proven to me on the basis of satisfactory evidence to be the
person who he or she claims to be and whose name is subscribed to the within instrument and acknowledged to me
that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the
person, or entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.

SANDRA P SUMOBA
Notary Public - Arizona
Maricopa County
My Commission Expires
November 13, 2013

Sandra P. Sumoba
Notary Public

Prepared by:
Lance Johnson
ReconTrust Company, N.A.
2575 W. Chandler Blvd,
Mail Stop: AZ1-804-02-11
Chandler, AZ 85224

EXHIBIT "L" 

**ReconTrust Company, N.A.**
2575 W. Chandler Blvd.
Mail Stop: AZ1-804-02-11
Chandler, AZ 85224
(800) 540-2684

PATRICK J. REID, LINDA S. REID
102 PROSPECT ST
NORWICH, CT 06360



UID: 39c2996c-dd44-4b79-8c90-ec2e5ed37672
DOCID_00087960842005N

Dated: 01/26/2012

Dear Homeowner,

Recently, the above referenced loan was paid-in-full. We have sent an original Release of Mortgage and a recording fee
check to the County Recorder's Office. We have asked the Recorder to record the document.

Enclosed is a duplicate original Release. We are providing this to you for your use (or records).

Thank you for your business,
ReconTrust Company, N.A.

Mail Recorded Satisfaction To:
PATRICK J. REID, LINDA S. REID
102 PROSPECT ST
NORWICH, CT 06360



UID: 92814b3a-18c9-49cc-919d-570acf46f284

DOCID_00087960842005N

### RELEASE OF MORTGAGE

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE, THAT Bank of America, N.A. does hereby release and discharge a certain Mortgage from:
PATRICK J. REID, LINDA S. REID
to MILLENNIA MORTGAGE CORP., A CALIFORNIA CORPORATION
dated 09/18/2001 and recorded in the LAND Records of the town of NORWICH CITY CLERK, County of NEW
LONDON and State of Connecticut in Vol. 01607, at Page 0024.

 IN WITNESS WHEREOF, Bank of America, N.A.  has hereunto set their hands this 26 day of January,
2012.

Signed and Delivered in the presence of:

Bank of America, N.A.

Christy Smith Witness

Ana Bonds  Witness

Sandra J. Lopez, Assistant Secretary

STATE OF ARIZONA )
COUNTY OF MARICOPA ) SS.                    DATED 01/26/2012

On 1/20/12 , before me, Sandra P. Sumoba, Notary Public, personally appeared Sandra J. Lopez, Assistant
Secretary of Bank of America, N.A., whose identity was proven to me on the basis of satisfactory evidence to be the
person who he or she claims to be and whose name is subscribed to the within instrument and acknowledged to me
that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the
person, or entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.

Sandra P. Sumoba
Notary Public



SANDRA P SUMOBA
Notary Public - Arizona
Maricopa County
My Commission Expires
November 13, 2013

Prepared by:
Lance Johnson
ReconTrust Company, N.A.
2575 W. Chandler Blvd.
Mail Stop: AZ1-804-02-11

STATE OF CONNECTICUT )

COUNTY OF NEW LONDON)

SS: NORWICH                                          JANUARY 8, 2014


Then and there by virtue hereof and by direction of the Plaintiff's Attorney, I left a true

and attested copy of this the original Writ, Summons and Complaint with and in the hands ~~at~~

~~the usual place of abode~~ - of the within named LISA A. McNULTY - VICE PRESIDENT

BANKING CENTER MANAGER- BANK OF AMERICA   590   WEST MAIN STREET

NORWICH CT

The within and foregoing is the entire original process described above with my doings

endorsed hereon.


Attest:

John P. Sullivan
State Marshal


Fees:
Service        $.30.00
Travel          2.26
Copies         24.00
Endorsement     1.60
               $ 57.86