## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PATRICK J. REID and LINDA S. REID,

Plaintiffs,

- against -

BANK OF AMERICA, N.A.,

Defendant.

Case No.  3:14-cv-00124-JBA

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Patrick J. Reid and Linda S. Reid ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA") hereby stipulate to the dismissal of this action with prejudice, without costs or attorneys' fees against any party.

Dated this day, May 7, 2014.

By: _____
Stanley Maxim Lucas (CT 10241)

Lucas & Wickless, P.C.
116 Sachem Street
Norwich, CT  06360

By:_____

Pierre-Yves Kolakowski
(CT 13318)
Zeichner Ellman &
Krause LLP
35 Mason Street
Greenwich, Connecticut
06830
Tel: (203) 622-0900
Fax: (203) 862-9889
pkolakowski@zeklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stanley Maxim Lucas
Lucas & Wickless, P.C.
116 Sachem Street
Norwich, CT  06360
slucas@lucaslaw.comcastbiz.net

Pierre-Yves Kolakowski (CT 13318)
ZEICHNER ELLMAN & KRAUSE

LLP

35 Mason Street
Greenwich, CT 06830
Tel: (203) 622-0900; Fax (203) 862-

9889

pkolakowski@zeklaw.com
Attorneys for Bank of America, N.A.